PROB 19a                                                                                                                SD/FL PACTS No. 99299

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **9:09CR80022-001**

U.S.A. vs Jason David Sherman

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

FILED by _V__ D.C.

MAY 2 6 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| JASON DAVID SHERMAN | MALE | WHITE | 34 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 9900 PINELLAS PARK RD, BOCA RATON, FL 33428 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH | DECEMBER 4, 2009 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| U.S. DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Steven M. Larimore | J. E. Caldwell L. | May 13, 2015 |

### RETURN

| Warrant received and executed. | DATE RECEIVED 5-13-15 | DATE EXECUTED 5-20-15 |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) U.S. Marshals Svc, 701 Clematis St., WPB, FL 33401 | | |
| NAME Katy A. Valentin | (BY) DUSM | DATE 5-20-15 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

7009264
1504 0515 3320 -D