UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  09-CR-80022-HURLEY/ROSENBERG

UNITED STATES OF AMERICA,
                          Plaintiff,

VS.

JASON DAVID SHERMAN,
                          Defendant.
_____/

## JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at sentencing for violations of supervised release on September 2, 2015.  The above named defendant, having been placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, admitted to violating the conditions of supervision to a United States Magistrate Judge.  For that reason and the reasons stated on the record, it is

**ORDERED and ADJUDGED** that the defendant's term of supervised release imposed by the Court is **REVOKED AND TERMINATED.**

**IT IS FURTHER ORDRED AND ADJUDGED** that the Defendant, Jason David Sherman, is sentenced to a term of imprisonment of **Sixty (60) months to run consecutive with any sentence imposed in case number NA101879**. After the term of imprisonment is served, there will be no further supervision required.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 15th day of September, 2015.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
       U.S. Probation
       U.S. Marshal